JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DVORAK,<br><br>            Petitioner,<br><br>        v.<br><br>DAVID LONG, Warden CCCF,<br><br>            Respondent. | No.  CV 16-6183 JFW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 23, 2016

_____
JOHN F. WALTER
United States District Judge