JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DVORAK, | No. CV 16-6183 JFW (FFM) |
| Petitioner, | |
| v. | AMENDED JUDGMENT |
| DAVID LONG, Warden CCCF, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 23, 2016

_____
JOHN F. WALTER
United States District Judge